## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SONYA NSIIRO, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  - against -<br><br>EAGLE ACCOUNTS GROUP, INC.,<br><br>       Defendant. | Docket No: 1:18-cv-00425-TWP-DLP |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' June 1, 2018 Stipulation of Dismissal, all claims asserted in Civil Action No: 1:18-cv-00425-TWP-DLP are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

SO ORDERED

Date: 6/4/2018

                     *[signature]*
                     Hon. Tanya Walton Pratt, Judge
                     United States District Court
                     Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF